# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Martinez Waters ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                               3:12-cv-715

Charlie A. Franklin, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2012 Order.

Signed: November 9, 2012

Frank G. Johns, Clerk
United States District Court